FILED
CLERK U.S. DISTRICT COURT

FEB 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Joey Davis DEFENDANT(S). | CASE NUMBER CR 13-48/13-62 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **defendant**, IT IS ORDERED that a detention hearing is set for **February 15, 2013**, at **2:00** ☐ a.m. / ☑ p.m. before the Honorable **Jacqueline Chooljian**, in Courtroom **20, 312 N. Spring St., LA, CA 90012**

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **2/13/13**

_____
U.S. District Judge/Magistrate Judge